| | |
|---|---|
| KELVIN E. BROWN, JACOB X PEYTON, and MALCOLM MUHAMMAD, | Civil Action No. 7:14-cv-00020 |
| Plaintiffs, | |
| v. | MEMORANDUM OPINION |
| RANDALL C. MATHENA, et al., | By: Jackson L. Kiser Senior United States District Judge |
| Defendants. | |

Malcolm Muhammad, proceeding pro se, jointly filed a civil rights complaint with co-plaintiffs pursuant to 42 U.S.C. § 1983. By Order entered January 22, 2014, the court directed Muhammad to submit within 10 days from the date of the Order an inmate account report, and a certified copy of Muhammad's trust fund account for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which Muhammad is or was confined during that six-month period. On February 6, 2014, Muhammad submitted an incomplete inmate account report which was neither signed by or filled out by the appropriate prison official as directed in the January 22, 2014 Order. The court sent Muhammad another conditionally filed order giving him ten days to correct the deficiencies. Muhammad was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and Muhammad has failed to comply with the described conditions. Accordingly, the court dismisses Muhammad's claims without prejudice in this complaint and terminates Muhammad from this case. Muhammad may refile the claims in a separate action once he is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 10th day of ~~February~~ March, 2014.

/s/ Jackson L. Kiser
Senior United States District Judge