IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KELVIN E. BROWN, JACOB X PEYTON, and MALCOLM MUHAMMAD, | ) ) ) ) Civil Action No. 7:14-cv-00020 |
| Plaintiffs, | ) ) |
| v. | ) **MEMORANDUM OPINION** ) ) By: Jackson L. Kiser |
| RANDALL C. MATHENA, et al., | ) Senior United States District Judge ) |
| Defendants. | ) |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the claims submitted by plaintiff Malcolm Muhammad are **DISMISSED without prejudice** and he is terminated in this action.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 10th day of March, 2014.

Senior United States District Judge