CLERK'S OFFICE U.S. DIST COURT
AT DANVILLE, V.
FILED

MAR 10 2014

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

KELVIN E. BROWN,　　　　　　　　　)
JACOB X PEYTON, and　　　　　　　　)
MALCOLM MUHAMMAD,　　　　　　)　　Civil Action No. 7:14-cv-00020
　　　　　　　　　　　　　　　　　)
　　　　Plaintiffs,　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　　**MEMORANDUM OPINION**
v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　　**By:　Jackson L. Kiser**
RANDALL C. MATHENA, <u>et al.</u>,　　)　　**Senior United States District Judge**
　　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　　)

In accordance with the Memorandum Opinion entered this day, it is hereby

### ORDERED

that the claims submitted by plaintiff Malcolm Muhammad are **DISMISSED without prejudice**

and he is terminated in this action.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to plaintiff.

ENTER: This 10th day of March, 2014.

　　　　　　　　　　　　　　　　　　Senior United States District Judge