IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KELVIN E. BROWN | ) | |
| JACOB X PEYTON, and | ) | |
| MALCOLM MUHAMMAD, | ) | |
| Plaintiff, | ) | Civil Action No. 7:14-cv-00020 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RANDALL C. MATHENA, <u>et al.</u>, | ) | By:   Jackson L. Kiser |
| Defendant(s). | ) | **Senior United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the claims submitted by plaintiff Jacob X Peyton are **DISMISSED without prejudice** and he is terminated in this action.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 10th day of ~~February~~ March, 2014.

/s/ Jackson L. Kiser
Senior United States District Judge