CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
MAR 10 2014
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KELVIN E. BROWN ) | |
| JACOB X PEYTON, and ) | |
| MALCOLM MUHAMMAD, ) | |
| Plaintiff, ) | Civil Action No. 7:14-cv-00020 |
| ) | |
| v. ) | ORDER |
| ) | |
| RANDALL C. MATHENA, et al., ) | By: Jackson L. Kiser |
| Defendant(s). ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the claims submitted by plaintiff Jacob X Peyton are **DISMISSED without prejudice** and he is terminated in this action.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 10th day of ~~February~~ March, 2014.

/s/ Jackson L. Kiser
Senior United States District Judge