CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKa

SEP 16 2014

JULIA C. DUDLEY, CLERK
BY: HMcDorage
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KELVIN E. BROWN, ) | Civil Action No. 7:14-cv-00020 | |
|    Plaintiff, ) | | |
| ) | | |
| v. ) | **FINAL ORDER** | |
| ) | | |
| RANDALL C. MATHENA, et al., ) | By: | Hon. Jackson L. Kiser |
|    Defendants. ) | | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that defendants' motion for summary judgment is **GRANTED** and this action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This  16th  day of September, 2014.

          /s/ Jackson L. Kiser
          Senior United States District Judge